ACCEPTED
05-15-01493-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/10/2015 9:11:10 AM
LISA MATZ
CLERK

CAUSE NO. 05-15-01493-CV

MICHAEL GAY COOK,
APPELLANT

VS.

CAROLINE D. COOK,
APPELLEE

IN THE COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/10/2015 9:11:10 AM
LISA MATZ
Clerk

FIFTH DISTRICT OF TEXAS AT DALLAS

## DEFENDANT'S MOTION TO REDUCE SUPERSEDEAS BOND

COMES NOW, Michael Gay Cook, Defendant in the above styled cause of action, which he, as appellant, has appealed to the 5th District Court of Appeals, and files this motion pursuant to Tex. R. App. P. 24 requesting the supersedeas bond be reduced, and would show unto this honorable Court the following matters to wit:

1.      Appellant is retired and has a set income of $1,048 per month.  The Trial Court set the superedeas bond at $1800.  This appeal rises from a forcible entry and detainer action over an oral lease agreement with a monthly rental of $300 per month paid in bimonthly installments of $150 each.

2.      The amount of the supersedeas bond will cause the Appellant substantial economic harm.  The Appellate Court has the power to review the excessiveness of the amount of a supersedeas bond.  See *In re: It's The Berry's. LLC*, 12-06-00298-CV, 2006 Tex. App. LEXIS 9146 (Tex App-Tyler, October 25, 2006).

3.      The Texas Supreme Court has established in *Marshall v. Housing Authority of City of San Antonio*, 198 SW3rd 782 (Tex 2006) that a tenant is not required to post a supersedeas bond in order to appeal a judgment of possession in an eviction case.

WHEREFORE, Appellant prays that this motion be set for hearing and that upon hearing the Appellate Court will issue an order lowering the amount of the supersedeas bond to an amount that will not subject the Appellant to substantial economic harm.

Respectfully submitted this the 10th day of December, 2015.

*Kerry L. Prisock*
Kerry L. Prisock
State Bar Number 24082005
Post Office Box 1051
Rockwall, Texas 75087
Telephone: 214-632-3823
Facsimile: 469-252-7496
kprisocklegal@sbcglobal.net
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon opposing counsel by electronic means.

*Kerry L. Prisock*
Kerry L. Prisock
State Bar Number 24082005
Post Office Box 1051
Rockwall, Texas 75087
Telephone: 214-632-3823
Facsimile: 469-252-7496
kprisocklegal@sbcglobal.net
ATTORNEY FOR APPELLANT
